

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

March 30, 2021

<u>VIA ECF</u>
The Honorable Debra C. Freeman, U.S.M.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Fischler v. Perse Beauty Inc.</u>, 1:21-cv-1563 (VSB)(DCF)

Dear Magistrate Judge Freeman:

      This firm represents the Plaintiff in this website accessibility case under Title III of the Americans with Disabilities Act, the New York State Human Rights Law and New York City Human Rights Law. We submit this letter on behalf of all parties to respectfully request that Defendant's responsive pleading be extended from April 2, 2021 to May 7, 2021.

      This is the first request to extend this deadline, which, if granted, would not affect any other dates or deadlines. We appreciate Court's consideration of this request.

                                          Respectfully submitted,
                                          LIPSKY LOWE LLP


                                          <u>s/ Douglas B. Lipsky</u>
                                          Douglas B. Lipsky


CC:    Charles Fournier (Via email)